469 A.2d 283

Commonwealth v. Terlesky, Appellant.

Submitted October 3, 1983. James V. Fareri, for appellant; Elmer D. Christine, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.